**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Andrew Bruno, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

Galaxy International Purchasing, LLC and Convergent Outsourcing, Inc.,

        Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 31 2017 ★

LONG ISLAND OFFICE

Docket No: 2:17-cv-02138-JFB-AYS

## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: October 30, 2017

| | |
|---|---|
| **SEGAL MCCAMBRIDGE SINGER & MAHONEY** | **BARSHAY SANDERS, PLLC** |
| By: /s Nicole Markowitz | By: /s Craig B. Sanders |
| Nicole Markowitz, Esq. | Craig B. Sanders |
| 850 Third Avenue | 100 Garden City Plaza, Suite 500 |
| New York, New York 10022 | Garden City, New York 11530 |
| Tel: (212) 651-7500 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111884 |
| | *Attorneys for Plaintiff* |

The Clerk of the Court shall close the case.

SO ORDERED

/s/ Joseph F. Bianco
USDJ
Date: Oct. 31, 20 17
Central Islip, N.Y.